ROBERT H. PHILIBOSIAN, Cal. Bar No. 41515
rphilibosian@sheppardmullin.com
RONDA D. JAMGOTCHIAN, Cal. Bar No. 200236
rjamgotchian@sheppardmullin.com
LAUREN D. THIBODEAUX, Cal. Bar No. 239997
lthibodeaux@sheppardmullin.com
MARLENE M. NICOLAS, Cal. Bar No. 245298
mnicolas@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1422
Telephone:  213-620-1780
Facsimile:  213-620-1398

Attorneys for Defendant
COUNTY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HRIPSIME HAMBARTSHYAN,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a California Municipality,<br><br>Defendant. | Case No. 2:11-cv-09764-CAS-FFMX<br><br>*The Hon. Christina A. Snyder*<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT APPLICATION RE: APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>[Complaint Filed: November 23, 2011] |

## ORDER OF DISMISSAL

The Court has considered the *Joint Application Re: Approval Of Settlement And Request For Dismissal With Prejudice Of All Claims* submitted by Plaintiff Hripsime Hambartshyan ("Plaintiff") and Defendant County of Los Angeles, by and through their respective counsel and the terms of the parties' *Confidential Settlement Agreement and Release* that was submitted under seal.  The Court hereby finds good cause to (i) GRANT the Application; (ii) APPROVE the settlement of Plaintiff's claims under the Fair Labor Standards Act; and, (iii) DISMISS this case with prejudice.

**THEREFORE, IT IS HEREBY ORDERED THAT:** this action is dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees, except as otherwise provided under the terms of the parties' *Confidential Settlement Agreement and Release*.

Date: November 5, 2012

_____
THE HONORABLE CHRISTINA A. SNYDER